UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:15-CV-166-KKC

TONYA SKOIEN PLAINTIFF

V.

UNITED STATES OF AMERICA DEFENDANT

This Deposition under oath, of Ronald C. Burgess, M.D., was taken by me, Brenda Yankey, Court Reporter, Notary Public, State at Large, Kentucky, on June 1, 2016 beginning at approximately 3:10 p.m. at the office of Ronald Burgess, M.D., located at Commonwealth Orthopaedic Surgeons, 1780 Nicholasville Road, Suite 601, Lexington, Kentucky.

Deposition is taken pursuant to the Federal Rules of Civil Procedure.

Yankey Reporting
Certification No. 20042128
(502)939-6211



PLAINTIFF'S EXHIBIT 8

**A P P E A R A N C E S**

**FOR DEFENDANT:**

**TIFFANY K. FLEMING, ESQUIRE**
**260 WEST VINE STREET, SUITE 300**
**LEXINGTON, KENTUCKY 40507**

**FOR PLAINTIFF:**

**OLIVER H. BARBER,JR. ESQUIRE**
**BARBER, BANASZYNKI & HIATT, PSC**
**802 LILY CREEK ROAD, SUITE 101**
**LOUISVILLE, KENTUCKY 40243**
**barber@bbalaw.com**

**502/905-7902 502/458-2039**

**I N D E X**


| | PAGE(S) |
|---|---|
| BY MS. FLEMING: | 4-23 |
| BY MR. BARBER: | 23-24 |
| BY MS. FLEMING: | 25-26 |
| REPORTER'S CERTIFICATE | 27 |


* * * * * * * * *

**PROCEEDINGS: 3:10 P.M.**

**The witness, Ronald C. Burgess, M. D., after first being sworn, was examined as follows:**

## EXAMINATION

**BY MS. FLEMING:**

Q. Good afternoon, Dr. Burgess. We met just briefly off the record, but I'm Tiffany Fleming and I represent the Unites States, who's the Defendant in this case. First just --

MR. BARBER: Should I introduce myself? Oliver Barber representing the Plaintiff in this action.

BY MS. FLEMING:

Q. And first just state your name please for the record.

A. Ronald Charles Burgess, M.D.

Q. And where do you live -- in what city?

A. I live outside Versailles in Woodford County, Kentucky.

Q. And tell me what you do for a living.

A. I'm an orthopedic surgeon with some

specialty in hand and upper-extremity surgery.
Q. And where do you practice?
A. In Lexington, Kentucky.
Q. What's the name of your group or your --
A. Commonwealth Orthopedic Surgeons.
Q. And do you have privileges at the local hospitals?
A. I have privileges at Central Baptist Hospital, Shriner's Hospital, and the Lexington Surgery Center.
Q. Tell me a little bit about your practice: How many patients, for example, do you see each year?
A. I don't have that number available. I can say that I work five days a week. I see patients all day Monday and half-days Wednesdays and Thursdays. And I do some independent medical exams three half-days and surgery the other -- the remainder of time, which would be one and a half days. And once a month I actually go to the Shrine and do independent exams.
So that's quarter of a page. Patients are seen are given -- they're -- it's on a waive theory of scheduling, which we have two people at the head of the hour that are new patients. They're given a

period of time for those two and then one every 10 minutes.

So the number of patients varies dramatically from a slow period in January in mid-winter to a fall where it's solidly filled. So that's why I'm not able to give you an exact number on the year and I don't have that information available at hand.

Q. Okay. That's fair. About how many would you say you saw last month in May of 2016?

A. Last month in May was -- this would be speculation. I don't know that I could say within medical probability levels. I was not out of town in May, so I did not have any time that I was absent except for my son's wedding.

Q. Congratulations.

A. Thank you. That was last weekend. And so that -- I was seeing an average of 14 -- somewhere in the neighborhood of 20 to 25 new patients a week. And slightly more than that return patients. And now May was -- is usually considered a slow month because of graduations and vacations.

Q. And what about surgeries: About how many surgeries would you say you performed in May of 2016?

A. Average in a slow -- on Tuesdays which is

the full day, I averaged about six. Fridays, which is just an afternoon, three to four.

Q. And describe if you can for me the demographics of your patients -- age, gender?

A. Demographics: Primarily the Shrine patients obviously fall within the pediatric group, but that's just one half-day a month. The demographics as far as region, let's see: Is from the Frankfort area through Anderson County east, and down to the Tennessee border and then east to the West Virginia border.

Q. I'm going to show you a document that's labeled Plaintiff's Disclosure of Expert Witness. Can you flip to the -- like at the fourth page front to back. So it's the one that starts here, CV. Yup. Would you mind talking a look at that and telling me if that CV is accurate as of today?

A. The Board Certification on the second page has not been updated.

Q. Okay. Can you tell me what the update would be?

A. I'm currently re-certified through 2027.

Q. Okay.

A. So I just re-certified early and so that recertification has -- it is a 10-year window before

I have to certify again. Licensure to practice -- obviously I just wasn't licensed to practice in 1984. That is the date I became licensed to practice in the state of Kentucky. That continues on. I am still -- academic appointments are unchanged. Medical societies -- I dropped the American Medical Association this year. So that has not been changed.

Q. Okay.

A. And the curriculum vitae -- I think it's up to date.

Q. I'm sure you understand that we're here to talk today about your patient, Tonya Skoien.

A. Yes.

Q. Can you tell me if any of the articles listed in this bibliography on the CV has anything to do with or would be related to a case similar to that of Ms. Skoien?

A. I just -- I don't want to answer from memory so I'm looking through the list.

Q. Yes, please do. Take your time.

(Witness purses documents.)

A. No.

Q. And also attached to that same document is a list of what says -- labeled medical-testimony

deposition from 2010 to 2016.

A. Yes.

Q. If you could take a quick look at that and let me know if there are any updates that you know of, for sure.

A. The last -- it would only be depositions. I have not testified in court depositions following March 2016 --

Q. Okay.

A. -- to the best of my knowledge, otherwise that's up to date.

Q. Would this list include cases where you've given a deposition only or court testimony or both?

A. This is overwhelmingly depositions only.

Q. Would you be able to pick out from this list which cases you testified in court versus gave a deposition?

A. I probably could not remember the names accurately since it's not been recent.

Q. On this list, to the extent there's a guarantor last name and a guarantor first name, and then a patient last name and a patient first name, if those are the same, does that indicate that you were giving testimony for an existing patient or --

as opposed to being a retained expert?

(Witness, purses document.)

A. Let me review this. Most -- I actually don't know what that means since I didn't prepare the list. This -- the overwhelming majority of -- by overwhelming, I mean, 99 percent of my depositions, the bill is either submitted to an insurance company or to a counsel.

Q. Okay.

A. So as far as the directly representing individual, that would not have occurred.

Q. So I guess --

A. At some of these was testimony in patients that I had treated and was subsequently called to testify.

Q. Right. And -- but can you estimate about what percentage of the time you're testifying in a case for an existing patient versus when you've done an IME or been otherwise retained as an expert?

A. 95 percent subsequent to an IME, maybe 96.

Q. Do you know off the top of your head what are your rates of compensation when you are testifying in a court case -- either at a deposition or in court?

A. We are -- I submitted a bill -- a potential bill which I don't remember. I have not testified in court, I think it's been two years now.
Q. Okay.
A. So we had it updated,... Now I've been given notice that I might testify in court during that period of time; but all the cases were settled.
Q. Okay.
A. So it's been maybe three years since I've actually physically been in a court room in front of a jury.
Q. What about your rate for deposition testimony?
A. It's $1,000 an hour and then $250 for each additional 15 minutes.
Q. Would your rate for reviewing records be the same?
A. No, it's less. It is -- I'm trying to remember what it is. It's just changed and I apologize for my memory.
Q. That's okay. We can --
A. They will have that -- there's a sheet that gives out the charges.
Q. Okay. Mr. Barber and I can talk about that later. We can find that information, I'm sure.

MR. BARBER: Sure.
A. I mean, it's not privileged. It's just that I don't have it.
Q. Okay. I understand. What records have you reviewed in preparation for today's deposition or for this case generally?
A. The only records I've reviewed is Dr. Arms' medical records which he sent to me on -- since I initially saw the individual as a second opinion and my own records.
Q. And do you remember when Dr. Arms sent those records to you? Was it contemporaneous with your visit with the patient or later?
A. I believe it was at the time. I don't have it documented and this is back in 2013, so I don't have an independent recollection.
Q. Okay.
A. So that my -- by the -- based on my note, I did have them just because he -- because in my note I said he did -- he fixed the fracture from the dorsal approach using the striker plate which the individual would not have knowledge of the actual device used. And, therefore, I must have had the OR note in order to know that detail.
Q. And you've got a file there in front of

you. Can you tell me what is contained in that?

A. It is billing records at the very back. Dr. Arms' -- I'm going from back to front, Dr. Arms' notes. And here sent as a facsimile -- actually I have that, on October 9, 2013, faxed.

Q. So that's when you received them you think?

A. That's when the office received them because that's the facsimile cover sheet --

Q. Okay.

A. -- for the entire -- so yes, they were present. I wasn't aware that that was maintained. I have the -- the sheets that the patient filled out on entry -- personal information, as to what was done along with personal information such as driver's license, et cetera.

KASPER report, which is mandatory in the State of Kentucky prior to prescribing post-op pain medicine. I have an authorization stating that I can send a copy of the records to counsel. And one -- let me think what else. A letter from Tim Rice, paralegal for information. Just a phone conversation with counsel asking about my availability. And I think that's -- and a notice of deposition.

Q. Do you have any copies of correspondence with Mr. Barber in the file?
A. Yes.
Q. And can you tell me about those -- what kind of communications you-all had leading up to this deposition?
A. One was -- one was by telephone conference, no written record.
Q. Do you remember the telephone call?
A. It was last July, so --
Q. Okay.
A. -- it would be a rather long stretch to say that I could reliably go through that. A note visible thing on -- where we testified before. And the fee for testimony.
Q. Okay.
A. So that -- it was available in the chart and for today's testimony.
Q. And did I -- you just held that up so I could see it, but was it $6,000 for a day?
A. Yes, it was. So that was in the chart as a cover letter and a scheduled meeting but no -- but no minutes of the meeting. And that's it.
Q. Do you remember the meeting?
A. Not -- not in enough detail to testify or

anything like that. No notes.
Q. Do you remember the purpose of the meeting at least, generally?
A. It was that -- obviously it was that the -- not obviously, that's a poor choice of words. The general tenor of the meeting was to discuss my viewpoint as to the ideology of the patient's subsequent difficulties with her hand.
Q. And I'll definitely talk to you about that, of course. I want to just make sure I'm clear: You reviewed -- you said, records from Dr. Arms --
A. Yes.
Q. -- and your own records?
A. Correct.
Q. You have not reviewed any other records?
A. Correct.
Q. Do you remember Mr. Barber providing you with a set of films to review?
A. No.
Q. Let me see if I can refresh your memory.
MR. BARBER: Should have told me, I --
MS. FLEMING: I apologize, I don't have copies of this but --
THE WITNESS: That was not x-rays. That

was four studies about chronic regional pain syndrome which --

BY MS. FLEMING:

Q. Oh, studies? Not like radiological studies but -- okay.

A. It was like articles he had printed off and I did save those.

Q. And just for the record, we're referring to the document that's Bates stamped COS_0007?

A. Right. So that was -- he sent me studies talking about chronic regional pain syndrome.

Q. And so you have reviewed documents other than medical records in preparation for this?

A. Yes.

Q. Any other documents other than those studies that he sent you?

A. No.

MR. BARBER: Let me stop you. What was that Bates stamp number?

MS. FLEMING: Oh, COS_0007.

MR. BARBER: Underscore? Okay.

BY MS. FLEMING:

Q. Has he provided with anything else to look at --

A. No.

Q. -- in preparation for this deposition? And the date on this letter Bates stamped COS_0007 is February 25, 2016. Do you remember when the last time or could you look in your file and tell me the last time that you saw Ms. Skoien?

A. Yes, the final visit was November 20, 2013.

Q. And so I take it that you would not consider these studies about CRPS to have been related to your treatment of Ms. Skoien?

A. No.

Q. Related only then to this case?

A. Peripherally.

COURT REPORTER: What did you just say?

THE WITNESS: Peripherally.

Q. Your review of them, I guess, was related to the case, maybe you didn't find that they were actually related; is that a fair assessment?

A. They -- they did not -- I can state within medical probability they did not increase my knowledge of chronic regional pain syndrome or additional information on that subject.

Q. And you have not reviewed any records from the VA Medical Center?

A. No, I have not.
Q. Have you asked to review any records from the VA Medical Center?
A. I have not.
Q. Have you made any notes or any reports -- anything like that in preparation for this deposition or for this case?
A. No.
Q. About how much time do you think you've spent so far working on this case -- preparation, you know, like reviewing these studies, et cetera?
MR. BARBER: Does that include meeting with me?
MS. FLEMING: It does.
BY MS. FLEMING:
Q. Anything that you don't consider in preparation -- or in part of your treatment of Ms. Skoien.
A. I can go back -- my memory will not suffice, therefore, the conference was listed as a 20-minute conference. The review of the four studies that have been quoted -- I read through them in 10 minutes. That amount of time. The amount of time today going through this in preparation was less than a half hour.

Q. So an hour or so total?
A. Yes.
Q. Specifically in forming whatever opinions you may have formed about this case, what did you rely in?
A. I relied on the patient's verbal description of her treatment and the medical record as provided to me by Dr. Arms.
Q. And what is your opinion in this case?
A. Based on the information made available to me, which the two sources I just said, I think that there were elements in her treatment that were significant contributing factors to her subsequent diagnosis of chronic regional pain syndrome.
Q. And are you testifying or will you be testifying that there was a specific breach of the standard of care?
A. I do not have medical documentation that would enable me to state that within medical probability.
Q. I want to talk just a little bit about your treatment of Ms. Skoien. I think -- it seems like that the primary focus of your treatment of her was a manipulation of her left wrist and --
A. Digits.

Q. -- digits.

A. Yes.

Q. Tell me what a manipulation is exactly: What does that mean?

A. What a manipulation is -- and this is evolved over time, manipulation is when an individual is under anesthesia. It's -- you take on the task of a therapist and gently and over a period of time move the joints to try to restore range of motion short of damage.

So you move the joints, you stretch them to try to restore as much range of motion as you possibly can and to all the digits. And I -- over a period of time, different methods to try to maintain the motion of pain -- manipulation, I have tried a variety of different things.

And the one that seems to most reliably work for me is an intra-articular injection of cortisone into the joint which seems to defer some of the post-operative pain and allows more retention of the motion obtained at the time of manipulation.

Q. And correct me if I'm wrong, but I believe that that procedure took place on November 5, 2013?

A. Yes.

Q. And I think that you just testified that the last time you saw Ms. Skoien was November 20, 2013?

A. That's correct.

Q. You touched earlier on the studies that were provided to you and at the -- I think you said something to the effect of they didn't increase your knowledge about CRPS. Just describe for me very briefly what is CRPS.

A. A short history that -- CRPS was original known as reflex sympathetic dystrophy. And the international agency recognized that it was not a reflex dystrophy, that it was not a sympathetic overload causing changes, so they changed the name to chronic regional pain syndrome type 1 and 2. Type 2 is with nerve injury. Type 1 is without. That is the accepted term at the present time.

Our -- our knowledge of chronic regional pain syndrome is evolving in that many of the things thought to be true have been proven not to be true. And many unexpected treatments have -- are now in trial, that have not been tried in the past.

And so that there are current treatments with diphosphates, which is treatment for osteoporosis, in people with chronic regional pain syndrome.

There are treatment with tumor necrosis factor in chronic regional pain syndrome. Tumor necrosis factor is normally used in psoriasis and rheumatoid arthritis.

And so that our -- our knowledge of its exact ideology in what's going on is evolving. The concept is that it's a reaction abnormal in reaction to an noxious stimuli of whatever basis which causes swelling, redness, changes in the vascularity of the hand -- and that's warm or hot.

And then is followed by late changes which include stiffness, changes in the skin and part of this is throughout the realm also pain. It's -- that -- that is our current knowledge of what that is.

Q. And this diagnosis of CRPS was not one that you made for Ms. Skoien?

A. No, it was made prior to my -- by Dr. -- through Dr. Rasheed.

Q. And it's something that happens after orthopedic injuries?

A. It happens -- it doesn't have to be orthopedic. It's something that happens, but it doesn't have to be orthopedic.

MS. FLEMING: I think that's all I have.

MR. BARBER: May I see COS_0007?
MS. FLEMING: Yes.

EXAMINATION

BY MR. BARBER:
Q. I ask if you can identify that document?
MS. FLEMING: Let me pull my little sticky off of it for a minute.
A. It's a letter addressed to you redacted for date, dated -- redacted for birthdate, dated February 25, 2016, in which I said -- which I -- do you want me to --
Q. Please.
A. -- just read it word-for-word?
Q. It's short.
A. I reviewed the four studies. The documentation provided did not offer anything to my knowledge of complex regional pain syndrome. I feel based on the record of the case and the information given to me by the patient that within medical probability, the immobilization of the arm and tight cast was a significant contributing factor to her complex regional pain syndrome.
Q. Can you explain why you felt that way within reasonable medical probability?

A. Based on the information made to me, there were three events that occurred in her immediate early fracture care. One apparently -- according to Dr. Arms' notes, was an acute compression of the median nerve with acute carpel tunnel syndrome. Neurologic compression and pain associated with that has been associated with an increase incidence of complex regional pain syndrome.

The second event that occurred, again, this based on the patient's report, was that her splint as applied was painful and continued to be painful and when subsequently changed, there was a sore on the skin where this -- the cast -- the splint had rubbed sore.

And pain that continues on -- with that pain would have, I think, pain that increased as time went on rather than decreased as normal fracture pain would. And change in -- or increasing pain can also be a contributing factor to the onset of what we now know as chronic regional pain syndrome.

The final event, again by patient testimony and not by records, is that the initial splint extended to the tips of the fingers rather than to the mid-palm, as is more normal, for an immobilization

of a distal radius fracture.

And prolonged immobilization has also been implicated as a factor that can increase the incidence of chronic regional pain syndrome.

Therefore, there are three events present according to the patient report to me and Dr. Arms which would appear to be potential events that could increase the incidence of chronic regional pain syndrome. And therefore, within medical probability, I feel that they were significant contributing factors.

MR. BARBER: Thank you very much. I have no further questions for this witness.

EXAMINATION

BY MS. FLEMING:

Q. Just a couple follow-ups. So I want to be very clear about your opinion in this case and what exactly you're opining. You have an opinion potentially as to the causation or possible causation of her complex regional pain syndrome, right? Correct?

A. Yes.

Q. But you are not prepared to form an opinion that there's been a breach in the standard

of care in this case, as you just testified, I think?

A. That is correct.

MS. FLEMING: Nothing further.

**(WHEREUPON, the Deposition of Ronald C. Burgess, M.D., concludes at 4:00 p.m.)**

CERTIFICATE

STATE OF KENTUCKY)
) SS
COUNTY OF OLDHAM)

I, Brenda Yankey, Notary Public in and for the Commonwealth of Kentucky, State at Large, hereby certify that the foregoing deposition was taken at the time and place stated in the caption; that the appearances are as set forth in the caption; that prior to giving the testimony the witness was first duly sworn by me. That said testimony was reported by mechanical means by me, and thereafter transcribed under my personal direction and supervision; and that said typewritten transcript is a true, accurate, and complete transcript to the best of my ability and understanding. I further certify that I am not related by blood or marriage to any of the parties hereto and that I have no interest in the outcome of the captioned matter.

My commission as a Notary Public expires JANUARY 31, 2016. Given under my hand this 5 of June, 2016 at Crestwood, Oldham County Kentucky.

BRENDA YANKEY, NOTARY PUBLIC, STATE OF
KENTUCKY AT LARGE
NOTARY ID NO. 546481

**$**

**$1,000 [1]** 11/14
**$250 [1]** 11/14
**$6,000 [1]** 14/20

**0**

**0007 [4]** 16/9 16/20 17/2 23/1

**1**

**10 [2]** 6/1 18/23
**10-year [1]** 7/25
**101 [1]** 2/12
**14 [1]** 6/17
**15 [1]** 11/15
**1780 [1]** 1/20
**1984 [1]** 8/3

**2**

**20 [3]** 6/18 17/6 21/2
**20-minute [1]** 18/21
**20042128 [1]** 1/24
**2010 [1]** 9/1
**2013 [5]** 12/15 13/5 17/7 20/24 21/3
**2016 [9]** 1/18 6/9 6/24 9/1 9/8 17/3 23/11 27/21 27/22
**2027 [1]** 7/22
**2039 [1]** 2/14
**23 [1]** 3/5
**23-24 [1]** 3/6
**24 [1]** 3/6
**25 [3]** 6/18 17/3 23/11
**25-26 [1]** 3/7
**26 [1]** 3/7
**260 [1]** 2/5
**27 [1]** 3/8

**3**

**300 [1]** 2/5
**31 [1]** 27/21
**3:10 [2]** 1/18 4/1

**4**

**4-23 [1]** 3/5
**40243 [1]** 2/12
**40507 [1]** 2/6
**4:00 [1]** 26/6

**5**

**502 [1]** 1/25
**502/458-2039 [1]** 2/14
**502/905-7902 [1]** 2/14
**546481 [1]** 27/24
**5:15-CV-166-KKC [1]** 1/4

**6**

**601 [1]** 1/21
**6211 [1]** 1/25

**7**

**7902 [1]** 2/14

**8**

**802 [1]** 2/12

**9**

**939-6211 [1]** 1/25
**95 [1]** 10/20
**96 [1]** 10/21
**99 [1]** 10/6

**A**

**ability [1]** 27/16
**able [2]** 6/6 9/16
**abnormal [1]** 22/7
**about [20]** 5/11 6/3 6/22 6/22 7/1 8/13 10/16 11/12 11/24 13/23 14/4 15/9 16/1 16/11 17/9 18/9 19/4 19/21 21/8 25/18
**absent [1]** 6/13
**academic [1]** 8/5
**accepted [1]** 21/17
**according [2]** 24/4 25/6
**accurate [2]** 7/17 27/15
**accurately [1]** 9/20
**action [2]** 1/4 4/16
**actual [1]** 12/22
**actually [5]** 5/20 10/3 11/10 13/4 17/19
**acute [2]** 24/4 24/5
**additional [2]** 11/15 17/23
**addressed [1]** 23/9
**after [2]** 4/4 22/20
**afternoon [2]** 4/10 7/2
**again [3]** 8/1 24/10 24/22
**age [1]** 7/4
**agency [1]** 21/12
**all [5]** 5/16 11/7 14/5 20/13 22/25
**allows [1]** 20/20
**along [1]** 13/15
**also [4]** 8/24 22/13 24/20 25/2
**am [2]** 8/5 27/17
**AMERICA [1]** 1/10
**American [1]** 8/7
**amount [2]** 18/23 18/23
**Anderson [1]** 7/9
**anesthesia [1]** 20/7
**answer [1]** 8/19
**any [11]** 6/13 8/15 9/4 14/1 15/16 16/15 17/24 18/2 18/5 18/5 27/18
**anything [6]** 8/16 15/1 16/23 18/6 18/16 23/17
**apologize [2]** 11/20 15/23
**apparently [1]** 24/3
**appear [1]** 25/7
**appearances [1]** 27/9
**applied [1]** 24/12
**appointments [1]** 8/5
**approach [1]** 12/21
**approximately [1]** 1/18
**are [16]** 5/22 5/23 5/25 8/5 9/4 9/24 10/23 10/23 11/1 19/15 21/21 21/23 22/1 25/5 25/24 27/9
**area [1]** 7/9
**arm [1]** 23/21
**Arms [8]** 12/8 12/11 13/3 13/3 15/12 19/8 24/4 25/6
**arthritis [1]** 22/4
**articles [2]** 8/15 16/6
**articular [1]** 20/18
**as [29]**
**ask [1]** 23/6
**asked [1]** 18/2
**asking [1]** 13/23
**assessment [1]** 17/19
**associated [2]** 24/7 24/7
**Association [1]** 8/7
**attached [1]** 8/24
**authorization [1]** 13/19
**availability [1]** 13/24
**available [4]** 5/14 6/7 14/17 19/10
**average [2]** 6/17 6/25
**averaged [1]** 7/1
**aware [1]** 13/12

**B**

**back [5]** 7/15 12/15 13/2 13/3 18/19
**BANASZYNKI [1]** 2/11
**Baptist [1]** 5/8
**barber [15]** 2/11 2/13 3/6 4/14 4/15 11/24 12/1 14/2 15/18 15/22 16/18 16/21 18/12 23/1 25/12
**BARBER,JR [1]** 2/11
**based [5]** 12/18 19/10 23/19 24/1 24/11
**basis [1]** 22/8
**Bates [3]** 16/9 16/19 17/2
**bbalaw.com [1]** 2/13
**be [17]** 5/19 6/10 7/21 8/17 9/6 9/16 11/16 14/12 19/15 21/20 21/20 22/22 22/24 24/12 24/20 25/7 25/18
**became [1]** 8/3
**because [4]** 6/21 12/19 12/19 13/9
**been [15]** 7/19 8/8 9/20 10/19 11/3 11/5 11/9 11/10 17/9 18/22 21/20 21/22 24/7 25/2 25/25
**before [2]** 7/25 14/14
**beginning [1]** 1/18
**being [2]** 4/4 10/1
**believe [2]** 12/14 20/23
**best [2]** 9/10 27/16
**bibliography [1]** 8/16
**bill [3]** 10/7 11/1 11/2
**billing [1]** 13/2
**birthdate [1]** 23/10
**bit [2]** 5/11 19/21
**blood [1]** 27/17
**Board [1]** 7/18
**border [2]** 7/10 7/11
**both [1]** 9/14
**breach [2]** 19/16 25/25
**Brenda [3]** 1/16 27/5 27/23
**briefly [2]** 4/11 21/9
**Burgess [6]** 1/16 1/19 4/3 4/10 4/20 26/5

**C**

**call [1]** 14/9
**called [1]** 10/15
**can [20]** 5/15 7/3 7/14 7/20 8/15 10/16 11/21 11/24 11/25 13/1 13/20 14/4 15/21 17/20 18/19 20/13 23/6 23/24 24/19 25/3
**caption [2]** 27/8 27/9
**captioned [1]** 27/19
**care [3]** 19/17 24/3 26/1
**carpel [1]** 24/5
**case [14]** 4/13 8/17 10/18 10/24 12/6 17/12 17/18 18/7 18/10 19/4 19/9 23/19 25/18 26/1
**cases [3]** 9/12 9/17 11/7
**cast [2]** 23/22 24/14
**causation [2]** 25/20 25/21
**causes [1]** 22/8
**causing [1]** 21/14
**Center [3]** 5/10 17/25 18/3
**CENTRAL [2]** 1/2 5/8
**CERTIFICATE [2]** 3/8 27/1
**Certification [2]** 1/24 7/18
**certified [2]** 7/22 7/24
**certify [3]** 8/1 27/7 27/17
**cetera [2]** 13/16 18/11
**change [1]** 24/19
**changed [4]** 8/8 11/19 21/14 24/13
**changes [4]** 21/14 22/9 22/11 22/12
**charges [1]** 11/23
**Charles [1]** 4/20
**chart [2]** 14/17 14/21
**choice [1]** 15/5
**chronic [11]** 16/1 16/11 17/22 19/14 21/15 21/18 21/25 22/2 24/21 25/4 25/8
**city [1]** 4/21
**CIVIL [2]** 1/4 1/23
**clear [2]** 15/11 25/18
**commission [1]** 27/20
**Commonwealth [3]** 1/20 5/5 27/6
**communications [1]** 14/5
**company [1]** 10/8
**compensation [1]** 10/23
**complete [1]** 27/15
**complex [4]** 23/18 23/23 24/8 25/21

## C


**compression [2]** 24/5 24/6
**concept [1]** 22/7
**concludes [1]** 26/6
**conference [3]** 14/8 18/20 18/21
**Congratulations [1]** 6/15
**consider [2]** 17/9 18/16
**considered [1]** 6/20
**contained [1]** 13/1
**contemporaneous [1]** 12/12
**continued [1]** 24/12
**continues [2]** 8/4 24/16
**contributing [4]** 19/13 23/22 24/20 25/11
**conversation [1]** 13/23
**copies [2]** 14/1 15/24
**copy [1]** 13/20
**correct [6]** 15/15 15/17 20/22 21/4 25/22 26/3
**correspondence [1]** 14/1
**cortisone [1]** 20/18
**COS [4]** 16/9 16/20 17/2 23/1
**could [7]** 6/11 9/3 9/19 14/13 14/20 17/4 25/7
**counsel [3]** 10/8 13/20 13/23
**County [4]** 4/23 7/9 27/3 27/22
**couple [1]** 25/17
**course [1]** 15/10
**court [11]** 1/1 1/16 9/7 9/13 9/17 10/24 10/25 11/3 11/6 11/10 17/14
**cover [2]** 13/9 14/22
**CREEK [1]** 2/12
**Crestwood [1]** 27/22
**CRPS [5]** 17/9 21/8 21/9 21/10 22/16
**current [2]** 21/23 22/14
**currently [1]** 7/22
**curriculum [1]** 8/10
**CV [4]** 1/4 7/15 7/17 8/16


## D


**damage [1]** 20/10
**date [5]** 8/3 8/11 9/11 17/2 23/10
**dated [2]** 23/10 23/10
**day [4]** 5/16 7/1 7/7 14/20
**days [4]** 5/15 5/16 5/18 5/20
**decreased [1]** 24/18
**DEFENDANT [3]** 1/10 2/3 4/12
**defer [1]** 20/19
**definitely [1]** 15/9
**demographics [3]** 7/4 7/5 7/8
**deposition [14]** 1/15 1/22 9/1 9/13 9/18 10/24 11/12 12/5 13/25 14/6 17/1 18/7 26/5 27/7
**depositions [4]** 9/6 9/7 9/15 10/7
**describe [2]** 7/3 21/8
**description [1]** 19/7
**detail [2]** 12/24 14/25
**device [1]** 12/23
**diagnosis [2]** 19/14 22/16
**did [10]** 6/13 12/19 12/20 14/19 16/7 17/14 17/20 17/21 19/4 23/17
**didn [3]** 10/4 17/18 21/7
**different [2]** 20/14 20/16
**difficulties [1]** 15/8
**digits [3]** 19/25 20/1 20/13
**diphosphates [1]** 21/24
**direction [1]** 27/13
**directly [1]** 10/10
**Disclosure [1]** 7/13
**discuss [1]** 15/6
**distal [1]** 25/1
**DISTRICT [2]** 1/1 1/1
**DIVISION [1]** 1/2
**do [20]** 4/21 4/24 5/2 5/6 5/12 5/17 5/21 8/17 8/21 10/22 12/11 14/1 14/9 14/24 15/2 15/18 17/3 18/9 19/18 23/11
**document [5]** 7/12 8/24 10/2 16/9 23/6
**documentation [2]** 19/18 25/17
**documented [1]** 12/15
**documents [3]** 8/22 16/12 16/15
**does [4]** 9/24 18/12 18/14 20/4
**doesn [2]** 22/22 22/24
**don [11]** 5/14 6/7 6/11 8/19 10/4 11/2 12/3 12/14 12/16 15/23 18/16
**done [2]** 10/18 13/15
**dorsal [1]** 12/21
**down [1]** 7/10
**Dr [11]** 4/10 12/7 12/11 13/3 13/3 15/11 19/8 22/18 22/19 24/4 25/6
**dramatically [1]** 6/3
**driver [1]** 13/16
**dropped [1]** 8/6
**duly [1]** 27/11
**during [1]** 11/6
**dystrophy [2]** 21/11 21/13


## E


**each [2]** 5/12 11/15
**earlier [1]** 21/5
**early [2]** 7/24 24/3
**east [2]** 7/9 7/10
**EASTERN [1]** 1/1
**effect [1]** 21/7
**either [2]** 10/7 10/24
**elements [1]** 19/12
**else [2]** 13/21 16/23
**enable [1]** 19/19
**enough [1]** 14/25
**entire [1]** 13/11
**entry [1]** 13/14
**ESQUIRE [2]** 2/5 2/11
**estimate [1]** 10/16
**et [2]** 13/16 18/11
**event [2]** 24/10 24/22
**events [3]** 24/2 25/5 25/7
**every [1]** 6/1
**evolved [1]** 20/6
**evolving [2]** 21/19 22/6
**exact [2]** 6/6 22/5
**exactly [2]** 20/3 25/19
**EXAMINATION [3]** 4/7 23/4 25/15
**examined [1]** 4/4
**example [1]** 5/12
**exams [2]** 5/17 5/21
**except [1]** 6/14
**existing [2]** 9/25 10/18
**expert [3]** 7/13 10/1 10/19
**expires [1]** 27/20
**explain [1]** 23/24
**extended [1]** 24/23
**extent [1]** 9/21
**extremity [1]** 5/1


## F


**facsimile [2]** 13/4 13/9
**factor [5]** 22/1 22/3 23/22 24/20 25/3
**factors [2]** 19/13 25/11
**fair [2]** 6/8 17/19
**fall [2]** 6/5 7/6
**far [3]** 7/8 10/10 18/10
**faxed [1]** 13/5
**February [2]** 17/3 23/11
**Federal [1]** 1/22
**fee [1]** 14/15
**feel [2]** 23/18 25/10
**felt [1]** 23/24
**file [3]** 12/25 14/2 17/4
**filled [2]** 6/5 13/13
**films [1]** 15/19
**final [2]** 17/6 24/22
**find [2]** 11/20 17/18
**fingers [1]** 24/24
**first [6]** 4/4 4/13 4/18 9/22 9/23 27/10
**five [1]** 5/15
**fixed [1]** 12/20
**FLEMING [14]** 2/5 3/5 3/7 4/9 4/11 15/23 16/20 16/22 18/14 22/25 23/2 23/7 25/16 26/4
**flip [1]** 7/14
**focus [1]** 19/23
**follow [1]** 25/17
**follow-ups [1]** 25/17
**followed [1]** 22/11
**following [1]** 9/7
**follows [1]** 4/4
**foregoing [1]** 27/7
**form [1]** 25/24
**formed [1]** 19/4
**forming [1]** 19/3
**forth [1]** 27/9
**four [4]** 7/2 16/1 18/21 23/16
**fourth [1]** 7/14
**fracture [4]** 12/20 24/3 24/18 25/1
**Frankfort [1]** 7/9
**Fridays [1]** 7/1
**front [4]** 7/14 11/10 12/25 13/3
**full [1]** 7/1
**further [3]** 25/13 26/4 27/16


## G


**gave [1]** 9/17
**gender [1]** 7/4
**general [1]** 15/6
**generally [2]** 12/6 15/3
**gently [1]** 20/8
**give [1]** 6/6
**given [6]** 5/23 5/25 9/13 11/6 23/20 27/21
**gives [1]** 11/23
**giving [2]** 9/25 27/10
**go [3]** 5/20 14/13 18/19
**going [4]** 7/12 13/3 18/24 22/6
**Good [1]** 4/10
**got [1]** 12/25
**graduations [1]** 6/21
**group [2]** 5/4 7/6
**guarantor [2]** 9/22 9/22
**guess [2]** 10/12 17/17


## H


**had [6]** 10/14 11/5 12/23 14/5 16/6 24/14
**half [5]** 5/16 5/18 5/19 7/7 18/25
**half-day [1]** 7/7
**half-days [2]** 5/16 5/18
**hand [5]** 5/1 6/7 15/8 22/10 27/21
**happens [3]** 22/20 22/22 22/23
**has [7]** 7/19 7/25 8/7 8/16 16/23 24/7 25/2
**have [46]**
**he [8]** 12/8 12/19 12/20 12/20 16/6 16/10 16/16 16/23
**head [2]** 5/24 10/22
**held [1]** 14/19
**her [10]** 15/8 19/7 19/12 19/13 19/23 19/24 23/22 24/2 24/11 25/21
**here [3]** 7/15 8/12 13/4
**hereby [1]** 27/6
**hereto [1]** 27/18
**HIATT [1]** 2/11
**history [1]** 21/10
**Hospital [2]** 5/9 5/9
**hospitals [1]** 5/7
**hot [1]** 22/10
**hour [4]** 5/25 11/14 18/25 19/1
**how [4]** 5/12 6/8 6/22 18/9

## I

**ID [1]** 27/24
**identify [1]** 23/6
**ideology [2]** 15/7 22/6
**IME [2]** 10/19 10/20
**immediate [1]** 24/3
**immobilization [3]** 23/21 24/25 25/2
**implicated [1]** 25/3
**incidence [3]** 24/8 25/4 25/8
**include [3]** 9/12 18/12 22/12
**increase [5]** 17/21 21/7 24/8 25/3 25/8
**increased [1]** 24/17
**increasing [1]** 24/19
**independent [3]** 5/17 5/21 12/16
**indicate [1]** 9/24
**individual [4]** 10/11 12/9 12/22 20/7
**information [9]** 6/7 11/25 13/14 13/15 13/22 17/23 19/10 23/19 24/1
**initial [1]** 24/23
**initially [1]** 12/9
**injection [1]** 20/18
**injuries [1]** 22/21
**injury [1]** 21/16
**insurance [1]** 10/8
**interest [1]** 27/19
**international [1]** 21/12
**intra [1]** 20/18
**intra-articular [1]** 20/18
**introduce [1]** 4/14
**is [44]**
**it [50]**
**its [1]** 22/5

## J

**January [2]** 6/4 27/21
**joint [1]** 20/19
**joints [2]** 20/9 20/11
**July [1]** 14/10
**June [2]** 1/18 27/22
**jury [1]** 11/11
**just [23]** 4/10 4/13 4/18 7/2 7/7 7/24 8/2 8/19 11/19 12/2 12/19 13/22 14/19 15/10 16/8 17/14 19/11 19/21 21/1 21/8 23/14 25/17 26/1

## K

**KASPER [1]** 13/17
**KENTUCKY [13]** 1/1 1/17 1/21 2/6 2/12 4/23 5/3 8/4 13/18 27/2 27/6 27/22 27/23
**kind [1]** 14/5
**KKC [1]** 1/4
**know [8]** 6/11 9/4 9/5 10/4 10/22 12/24 18/11 24/21
**knowledge [8]** 9/10 12/22 17/22 21/8 21/18 22/5 22/14 23/18
**known [1]** 21/11

## L

**labeled [2]** 7/13 8/25
**Large [3]** 1/17 27/6 27/23
**last [10]** 6/9 6/10 6/16 9/6 9/22 9/23 14/10 17/3 17/5 21/2
**late [1]** 22/11
**later [2]** 11/25 12/13
**leading [1]** 14/5
**least [1]** 15/3
**left [1]** 19/24
**less [2]** 11/18 18/25
**let [7]** 7/8 9/4 10/3 13/21 15/21 16/18 23/7
**letter [4]** 13/21 14/22 17/2 23/9
**levels [1]** 6/12
**LEXINGTON [5]** 1/2 1/21 2/6 5/3 5/9
**license [1]** 13/16
**licensed [2]** 8/2 8/3
**Licensure [1]** 8/1
**like [7]** 7/14 15/1 16/4 16/6 18/6 18/11 19/23
**LILY [1]** 2/12
**list [6]** 8/20 8/25 9/12 9/17 9/21 10/5
**listed [2]** 8/16 18/20
**little [3]** 5/11 19/21 23/7
**live [2]** 4/21 4/22
**living [1]** 4/24
**ll [1]** 15/9
**local [1]** 5/6
**located [1]** 1/19
**long [1]** 14/12
**look [4]** 7/16 9/3 16/24 17/4
**looking [1]** 8/20
**LOUISVILLE [1]** 2/12

## M

**M.D [4]** 1/16 1/19 4/20 26/6
**made [5]** 18/5 19/10 22/17 22/18 24/1
**maintain [1]** 20/14
**maintained [1]** 13/12
**majority [1]** 10/5
**make [1]** 15/10
**mandatory [1]** 13/17
**manipulation [6]** 19/24 20/3 20/5 20/6 20/15 20/21
**many [5]** 5/12 6/8 6/22 21/19 21/21
**March [1]** 9/8
**marriage [1]** 27/17
**matter [1]** 27/19
**may [7]** 6/9 6/10 6/13 6/20 6/23 19/4 23/1
**maybe [3]** 10/20 11/9 17/18
**me [33]**
**mean [3]** 10/6 12/2 20/4
**means [2]** 10/4 27/12
**mechanical [1]** 27/12
**median [1]** 24/5
**medical [16]** 5/17 6/12 8/6 8/7 8/25 12/8 16/13 17/21 17/25 18/3 19/7 19/18 19/19 23/20 23/25 25/9
**medical-testimony [1]** 8/25
**medicine [1]** 13/19
**meeting [6]** 14/22 14/23 14/24 15/3 15/6 18/12
**memory [4]** 8/20 11/20 15/21 18/19
**met [1]** 4/10
**methods [1]** 20/14
**mid [2]** 6/4 24/25
**mid-palm [1]** 24/25
**mid-winter [1]** 6/4
**might [1]** 11/6
**mind [1]** 7/16
**minute [2]** 18/21 23/8
**minutes [4]** 6/2 11/15 14/23 18/23
**Monday [1]** 5/16
**month [5]** 5/20 6/9 6/10 6/21 7/7
**more [3]** 6/19 20/20 24/25
**most [2]** 10/3 20/17
**motion [4]** 20/10 20/12 20/15 20/21
**move [2]** 20/9 20/11
**MR [12]** 3/6 4/14 11/24 12/1 14/2 15/18 15/22 16/18 16/21 18/12 23/1 25/12
**MS [19]** 3/5 3/7 4/9 8/18 15/23 16/20 16/22 17/5 17/10 18/14 18/17 19/22 21/2 22/17 22/25 23/2 23/7 25/16 26/4
**much [3]** 18/9 20/12 25/12
**must [1]** 12/23
**my [19]** 6/14 9/10 10/6 11/20 12/10 12/18 12/18 12/19 13/23 15/6 17/21 18/19 22/18 23/7 23/17 27/13 27/16 27/20 27/21
**myself [1]** 4/14

## N

**name [7]** 4/18 5/4 9/22 9/22 9/23 9/23 21/14
**names [1]** 9/19
**necrosis [2]** 22/1 22/2
**neighborhood [1]** 6/18
**nerve [2]** 21/16 24/5
**Neurologic [1]** 24/6
**new [2]** 5/25 6/18
**Nicholasville [1]** 1/21
**no [18]** 1/4 1/24 8/23 11/18 14/8 14/22 14/23 15/1 15/20 16/17 16/25 17/11 18/1 18/8 22/18 25/13 27/18 27/24
**normal [2]** 24/18 24/25
**normally [1]** 22/3
**not [35]**
**Notary [5]** 1/17 27/5 27/20 27/23 27/24
**note [4]** 12/18 12/20 12/24 14/13
**notes [4]** 13/4 15/1 18/5 24/4
**Nothing [1]** 26/4
**notice [2]** 11/6 13/24
**November [3]** 17/6 20/23 21/2
**now [5]** 6/20 11/3 11/5 21/21 24/21
**noxious [1]** 22/8
**number [4]** 5/14 6/3 6/6 16/19

## O

**oath [1]** 1/15
**obtained [1]** 20/21
**obviously [4]** 7/6 8/2 15/4 15/5
**occurred [3]** 10/11 24/2 24/10
**October [1]** 13/5
**off [4]** 4/11 10/22 16/6 23/8
**offer [1]** 23/17
**office [2]** 1/19 13/8
**Oh [2]** 16/4 16/20
**okay [17]** 6/8 7/20 7/23 8/9 9/9 10/9 11/4 11/8 11/21 11/24 12/4 12/17 13/10 14/11 14/16 16/5 16/21
**OLDHAM [2]** 27/3 27/22
**OLIVER [2]** 2/11 4/15
**once [1]** 5/20
**one [10]** 5/19 6/1 7/7 7/15 13/20 14/7 14/7 20/17 22/16 24/3
**only [5]** 9/6 9/13 9/15 12/7 17/12
**onset [1]** 24/20
**op [1]** 13/18
**operative [1]** 20/20
**opining [1]** 25/19
**opinion [5]** 12/10 19/9 25/18 25/19 25/25
**opinions [1]** 19/3
**opposed [1]** 10/1
**order [1]** 12/24
**original [1]** 21/10
**Orthopaedic [1]** 1/20
**orthopedic [5]** 4/25 5/5 22/21 22/23 22/24
**osteoporosis [1]** 21/24
**other [5]** 5/18 15/16 16/12 16/15 16/15
**otherwise [2]** 9/10 10/19
**our [5]** 21/18 21/18 22/5 22/5 22/14
**out [4]** 6/12 9/16 11/23 13/13
**outcome [1]** 27/19
**outside [1]** 4/22
**over [3]** 20/6 20/8 20/13
**overload [1]** 21/14
**overwhelming [2]** 10/5 10/6
**overwhelmingly [1]** 9/15
**own [2]** 12/10 15/14

## P

**p.m [3]** 1/18 4/1 26/6
**page [4]** 3/4 5/22 7/14 7/19
**pain [25]** 13/18 16/1 16/11 17/22 19/14 20/15 20/20 21/15 21/18 21/25 22/2 22/13 23/18 23/23 24/6 24/8 24/16 24/16 24/17 24/19 24/19 24/21 25/4 25/8 25/21

## P


**painful [2]** 24/12 24/12
**palm [1]** 24/25
**paralegal [1]** 13/22
**part [2]** 18/17 22/12
**parties [1]** 27/18
**past [1]** 21/22
**patient [13]** 8/13 9/23 9/23 9/25 10/18 12/13 13/13 15/7 19/6 23/20 24/11 24/22 25/6
**patients [10]** 5/12 5/16 5/22 5/25 6/3 6/19 6/20 7/4 7/6 10/14
**pediatric [1]** 7/6
**people [2]** 5/24 21/25
**percent [2]** 10/6 10/20
**percentage [1]** 10/17
**performed [1]** 6/23
**period [5]** 6/1 6/4 11/7 20/8 20/13
**Peripherally [2]** 17/13 17/16
**personal [3]** 13/14 13/15 27/13
**phone [1]** 13/22
**physically [1]** 11/10
**pick [1]** 9/16
**place [2]** 20/23 27/8
**PLAINTIFF [4]** 1/6 2/10 4/15 7/13
**plate [1]** 12/21
**please [3]** 4/18 8/21 23/13
**poor [1]** 15/5
**possible [1]** 25/20
**possibly [1]** 20/12
**post [2]** 13/18 20/20
**post-op [1]** 13/18
**post-operative [1]** 20/20
**potential [2]** 11/2 25/7
**potentially [1]** 25/20
**practice [5]** 5/2 5/11 8/1 8/2 8/4
**preparation [7]** 12/5 16/13 17/1 18/6 18/10 18/17 18/24
**prepare [1]** 10/4
**prepared [1]** 25/24
**prescribing [1]** 13/18
**present [3]** 13/12 21/17 25/5
**Primarily [1]** 7/5
**primary [1]** 19/23
**printed [1]** 16/6
**prior [3]** 13/18 22/18 27/10
**privileged [1]** 12/2
**privileges [2]** 5/6 5/8
**probability [6]** 6/12 17/21 19/20 23/21 23/25 25/10
**probably [1]** 9/19
**procedure [2]** 1/23 20/23
**PROCEEDINGS [1]** 4/1
**prolonged [1]** 25/2
**proven [1]** 21/20
**provided [4]** 16/23 19/8 21/6 23/17
**providing [1]** 15/18
**PSC [1]** 2/11
**psoriasis [1]** 22/3
**Public [4]** 1/17 27/5 27/20 27/23
**pull [1]** 23/7
**purpose [1]** 15/2
**purses [2]** 8/22 10/2
**pursuant [1]** 1/22


## Q


**quarter [1]** 5/22
**questions [1]** 25/13
**quick [1]** 9/3
**quoted [1]** 18/22


## R


**radiological [1]** 16/4
**radius [1]** 25/1
**range [2]** 20/9 20/12
**Rasheed [1]** 22/24
**rate [2]** 11/12 11/16
**rates [1]** 10/23
**rather [3]** 14/12 24/18 24/24
**rays [1]** 15/25
**re [8]** 5/23 5/25 7/22 7/24 8/12 10/17 16/8 25/19
**re-certified [2]** 7/22 7/24
**reaction [2]** 22/7 22/7
**read [2]** 18/22 23/14
**realm [1]** 22/13
**reasonable [1]** 23/25
**received [2]** 13/6 13/8
**recent [1]** 9/20
**recertification [1]** 7/25
**recognized [1]** 21/12
**recollection [1]** 12/16
**record [6]** 4/11 4/19 14/8 16/8 19/7 23/19
**records [15]** 11/16 12/4 12/7 12/8 12/10 12/12 13/2 13/20 15/11 15/14 15/16 16/13 17/24 18/2 24/23
**redacted [2]** 23/9 23/10
**redness [1]** 22/9
**referring [1]** 16/8
**reflex [2]** 21/11 21/13
**refresh [1]** 15/21
**region [1]** 7/8
**regional [15]** 16/1 16/11 17/22 19/14 21/15 21/18 21/25 22/2 23/18 23/23 24/8 24/21 25/4 25/8 25/21
**related [6]** 8/17 17/10 17/12 17/17 17/19 27/17
**reliably [2]** 14/13 20/17
**relied [1]** 19/6
**rely [1]** 19/5
**remainder [1]** 5/19
**remember [9]** 9/19 11/2 11/19 12/11 14/9 14/24 15/2 15/18 17/3
**report [3]** 13/17 24/11 25/6
**reported [1]** 27/11
**Reporter [2]** 1/17 17/14
**REPORTER'S [1]** 3/8
**Reporting [1]** 1/24
**reports [1]** 18/5
**represent [1]** 4/12
**representing [2]** 4/15 10/10
**restore [2]** 20/9 20/12
**retained [2]** 10/1 10/19
**retention [1]** 20/20
**return [1]** 6/19
**review [5]** 10/3 15/19 17/17 18/2 18/21
**reviewed [7]** 12/5 12/7 15/11 15/16 16/12 17/24 23/16
**reviewing [2]** 11/16 18/11
**rheumatoid [1]** 22/3
**Rice [1]** 13/21
**right [3]** 10/16 16/10 25/22
**Road [2]** 1/21 2/12
**Ronald [5]** 1/15 1/19 4/3 4/20 26/5
**room [1]** 11/10
**rubbed [1]** 24/15
**Rules [1]** 1/23


## S


**said [7]** 12/20 15/11 19/11 21/6 23/11 27/11 27/14
**same [3]** 8/24 9/24 11/17
**save [1]** 16/7
**saw [4]** 6/9 12/9 17/5 21/2
**say [6]** 5/15 6/9 6/11 6/23 14/13 17/15
**says [1]** 8/25
**scheduled [1]** 14/22
**scheduling [1]** 5/24
**second [3]** 7/18 12/9 24/10
**see [6]** 5/12 5/15 7/8 14/20 15/21 23/1
**seeing [1]** 6/17
**seems [3]** 19/22 20/17 20/19
**seen [1]** 5/22
**send [1]** 13/20
**sent [5]** 12/8 12/11 13/4 16/10 16/16
**set [2]** 15/19 27/9
**settled [1]** 11/7
**sheet [2]** 11/22 13/9
**sheets [1]** 13/13
**short [3]** 20/10 21/10 23/15
**Should [2]** 4/14 15/22
**show [1]** 7/12
**Shrine [2]** 5/20 7/5
**Shriner [1]** 5/9
**significant [3]** 19/13 23/22 25/10
**similar [1]** 8/17
**since [4]** 9/20 10/4 11/9 12/9
**six [1]** 7/1
**skin [2]** 22/12 24/14
**SKOIEN [9]** 1/6 8/13 8/18 17/5 17/10 18/18 19/22 21/2 22/17
**slightly [1]** 6/19
**slow [3]** 6/4 6/21 6/25
**so [33]**
**societies [1]** 8/6
**solidly [1]** 6/5
**some [4]** 4/25 5/17 10/13 20/19
**something [3]** 21/7 22/20 22/23
**somewhere [1]** 6/18
**son [1]** 6/14
**sore [2]** 24/13 24/15
**sources [1]** 19/11
**specialty [1]** 5/1
**specific [1]** 19/16
**Specifically [1]** 19/3
**speculation [1]** 6/11
**spent [1]** 18/10
**splint [3]** 24/11 24/14 24/23
**SS [1]** 27/2
**stamp [1]** 16/19
**stamped [2]** 16/9 17/2
**standard [2]** 19/17 25/25
**starts [1]** 7/15
**state [9]** 1/17 4/18 8/4 13/17 17/20 19/19 27/2 27/6 27/23
**stated [1]** 27/8
**STATES [3]** 1/1 1/10 4/12
**stating [1]** 13/19
**sticky [1]** 23/8
**stiffness [1]** 22/12
**still [1]** 8/5
**stimuli [1]** 22/8
**stop [1]** 16/18
**STREET [1]** 2/5
**stretch [2]** 14/12 20/11
**striker [1]** 12/21
**studies [10]** 16/1 16/4 16/5 16/10 16/16 17/9 18/11 18/22 21/5 23/16
**subject [1]** 17/23
**submitted [2]** 10/7 11/1
**subsequent [3]** 10/20 15/8 19/13
**subsequently [2]** 10/14 24/13
**such [1]** 13/15
**suffice [1]** 18/20
**Suite [3]** 1/21 2/5 2/12
**supervision [1]** 27/14
**sure [5]** 8/12 9/5 11/25 12/1 15/10
**surgeon [1]** 4/25
**Surgeons [2]** 1/20 5/5
**surgeries [2]** 6/22 6/23
**surgery [3]** 5/1 5/10 5/18
**swelling [1]** 22/9
**sworn [2]** 4/4 27/11
**sympathetic [2]** 21/11 21/13

## S


syndrome [16] 16/2 16/11 17/22 19/14 21/15 21/19 21/25 22/2 23/18 23/23 24/6 24/9 24/21 25/4 25/9 25/21


## T


take [4] 8/21 9/3 17/8 20/7
taken [3] 1/16 1/22 27/7
talk [4] 8/13 11/24 15/9 19/21
talking [2] 7/16 16/11
task [1] 20/8
telephone [2] 14/7 14/9
tell [8] 4/24 5/11 7/20 8/15 13/1 14/4 17/4 20/3
telling [1] 7/17
Tennessee [1] 7/10
tenor [1] 15/6
term [1] 21/17
testified [6] 9/7 9/17 11/3 14/14 21/1 26/1
testify [3] 10/15 11/6 14/25
testifying [4] 10/17 10/24 19/15 19/16
testimony [10] 8/25 9/13 9/25 10/13 11/13 14/15 14/18 24/22 27/10 27/11
than [6] 6/19 16/13 16/15 18/25 24/18 24/24
Thank [2] 6/16 25/12
that [133]
them [6] 12/19 13/6 13/8 17/17 18/22 20/11
then [6] 6/1 7/10 9/23 11/14 17/12 22/11
theory [1] 5/23
therapist [1] 20/8
there [12] 9/4 9/21 11/22 12/25 19/12 19/16 21/23 22/1 24/2 24/13 25/5 25/25
thereafter [1] 27/12
therefore [4] 12/23 18/20 25/5 25/9
these [3] 10/13 17/9 18/11
they [11] 5/23 5/25 11/22 13/11 17/18 17/20 17/20 17/21 21/7 21/14 25/10
thing [1] 14/14
things [2] 20/16 21/19
think [13] 8/10 11/3 13/7 13/21 13/24 18/9 19/11 19/22 21/1 21/6 22/25 24/17 26/2
this [35]
those [6] 6/1 9/24 12/12 14/4 16/7 16/15
thought [1] 21/20
three [5] 5/18 7/2 11/9 24/2 25/5
through [7] 7/9 7/22 8/20 14/13 18/22 18/24 22/19
throughout [1] 22/13
Thursdays [1] 5/17
TIFFANY [2] 2/5 4/11
tight [1] 23/21
Tim [1] 13/21
time [20] 5/19 6/1 6/13 8/21 10/17 11/7 12/14 17/4 17/5 18/9 18/23 18/24 20/6 20/9 20/14 20/21 21/2 21/17 24/17 27/8
tips [1] 24/24
today [5] 7/17 8/13 12/5 14/18 18/24
told [1] 15/22
TONYA [2] 1/6 8/13
took [1] 20/23
top [1] 10/22
total [1] 19/1
touched [1] 21/5
town [1] 6/12
transcribed [1] 27/13
transcript [2] 27/14 27/15
treated [1] 10/14
treatment [8] 17/10 18/17 19/7 19/12 19/22 19/23 21/24 22/1
treatments [2] 21/21 21/23
trial [1] 21/22
tried [2] 20/15 21/22
true [3] 21/20 21/20 27/15
try [3] 20/9 20/11 20/14
trying [1] 11/18
Tuesdays [1] 6/25
tumor [2] 22/1 22/2
tunnel [1] 24/6
two [4] 5/24 6/1 11/3 19/11
type [3] 21/15 21/16 21/16
typewritten [1] 27/14


## U


unchanged [1] 8/6
under [4] 1/15 20/7 27/13 27/21
Underscore [1] 16/21
understand [2] 8/12 12/4
understanding [1] 27/16
unexpected [1] 21/21
UNITED [2] 1/1 1/10
Unites [1] 4/12
up [4] 8/11 9/11 14/5 14/19
update [1] 7/20
updated [2] 7/19 11/5
updates [1] 9/4
upper [1] 5/1
upper-extremity [1] 5/1
ups [1] 25/17
used [2] 12/23 22/3
using [1] 12/21
usually [1] 6/20


## V


VA [2] 17/25 18/3
vacations [1] 6/21
varies [1] 6/3
variety [1] 20/16
vascularity [1] 22/9
ve [7] 9/13 10/18 11/5 11/9 12/7 12/25 18/9
verbal [1] 19/6
Versailles [1] 4/22
versus [2] 9/17 10/18
very [4] 13/2 21/8 25/12 25/18
viewpoint [1] 15/7
VINE [1] 2/5
Virginia [1] 7/11
visible [1] 14/14
visit [2] 12/13 17/6
vitae [1] 8/10


## W


waive [1] 5/23
want [5] 8/19 15/10 19/21 23/12 25/17
warm [1] 22/10
was [49]
wasn [2] 8/2 13/12
way [1] 23/24
we [10] 4/10 5/24 8/12 11/1 11/5 11/21 11/25 14/14 16/8 24/21
wedding [1] 6/14
Wednesdays [1] 5/16
week [2] 5/15 6/19
weekend [1] 6/16
went [1] 24/18
were [9] 9/25 11/7 13/11 17/18 19/12 19/12 21/6 24/2 25/10
WEST [2] 2/5 7/11
what [28]
whatever [2] 19/3 22/8
when [8] 10/18 10/23 12/11 13/6 13/8 17/3 20/6 24/13
where [6] 4/21 5/2 6/5 9/12 14/14 24/14
WHEREUPON [1] 26/5
which [18] 5/19 5/24 6/25 7/1 9/17 11/2 12/8 12/21 13/17 16/2 19/11 20/19 21/24 22/8 22/11 23/11 23/11 25/7
who [1] 4/12
why [2] 6/5 23/24
will [3] 11/22 18/19 19/15
window [1] 4/25
winter [1] 6/4
within [7] 6/11 7/6 17/21 19/19 23/20 23/25 25/9
without [1] 21/16
witness [8] 4/3 7/13 8/22 10/2 15/25 17/16 25/13 27/10
Woodford [1] 4/22
word [2] 23/14 23/14
word-for-word [1] 23/14
words [1] 15/5
work [2] 5/15 20/17
working [1] 18/10
would [19] 5/19 6/8 6/10 6/23 7/16 7/21 8/17 9/6 9/12 9/16 10/11 11/16 12/22 14/12 17/8 19/19 24/17 24/19 25/7
wrist [1] 19/24
written [1] 14/8
wrong [1] 20/22


## X


x-rays [1] 15/25


## Y


Yankey [4] 1/16 1/24 27/5 27/23
year [4] 5/13 6/6 7/25 8/7
years [2] 11/3 11/9
yes [14] 8/14 8/21 9/2 13/11 14/3 14/21 15/13 16/14 17/6 19/2 20/2 20/25 23/2 25/23
you [90]
you-all [1] 14/5
your [23] 4/18 5/4 5/4 5/11 7/4 8/13 8/21 10/22 10/23 11/12 11/16 12/13 15/14 15/21 17/4 17/10 17/17 18/17 19/9 19/22 19/23 21/7 25/18
Yup [1] 7/16